UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:  Case No.: 10-21805
    Garcia, Ramona M.  Chapter 7
        *Debtor*  Hon. Daniel S. Opperman

## PROOF OF SERVICE

I hereby certify that on the 24th day of May, 2010, I served a copy of the above-referenced Debtor's Judgment of Divorce upon her Chapter 7 Trustee, Daniel C. Himmelspach, by depositing same in the U.S. mail, postage prepaid, and addressed as follows:

    Daniel C. Himmelspach
    Chapter 7 Trustee
    916 Washington Ave., Ste. 305
    Davidson Bldg.
    Bay City, MI  48708-5723

    /s/ *Sara C. Meyer*
    Sara C. Meyer
    Executive Assistant to Robert P. Denton (P33725)
    Attorney for Debtor
    3101 Cabaret Trl. S
    Saginaw, MI  48603
    (989) 791-1611
    AttyRPDenton@aol.com